IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRELL WILLIAMS-BEY, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. 14-0455-CG-M |
| DON BELL, | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this habeas petition (Doc. 4), filed pursuant to 28 U.S.C. § 2254, be **DENIED** and that this action be **DISMISSED**. It is further **ORDERED** that any certificate of appealability filed by Petitioner be **DENIED** as he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 30th day of April, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE