IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRELL WILLIAMS-BEY, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. 14-0455-CG-M |
| DON BELL, | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Respondent, Don Bell, and against Petitioner, Darrell Williams-Bey.

**DONE and ORDERED** this 30th day of April, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE